# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

       v.           **Docket No. 5:18-CR-4-1H**

**ROCKY S. ROE**

  On August 4, 2017, the above named was released from prison and commenced a term of supervised release for a period of 48 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8808<br>Executed On: June 18, 2019 |

## ORDER OF COURT

  Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

  Dated this __20th__ day of __June__, 2019.

                        Malcolm J. Howard  
                        Senior U.S. District Judge